

**Javitch, Block & Rathbone**
ATTORNEYS AT LAW

1100 Superior Avenue, 18th Floor
Cleveland, Ohio 44114-2518
Phone: 216-687-1199
Fax: 216-623-0190
Toll Free: 866-781-7900

February 1, 2008

Chad Helms
12416 Guardian Bv
Cleveland OH 44135

Re: Palisades Acquisitions
JBR #:C30580
Balance Due: $4738.24
Dear  Chad Helms

We are in receipt of your recent correspondence concerning the above referenced file, enclosed is a printout of the verification we have on file for your account. Please note that our client, Palisades Acquisitions, purchased Account #225629700026231307 CENTURION/BANK ONE-LOAN and forwarded the file to us for further action.

Please contact me at 1.800.837.4601 Ex. 5314 to discuss your file or you may send your payment to:

Javitch, Block & Rathbone
1100 Superior Ave. 19th Floor
Cleveland, OH 44114

Regards,


Elizabeth Jones
Paralegal



EXHIBIT A

OFFICES IN OHIO, INDIANA AND KENTUCKY
A Limited Liability Partnership

C 30580

CLEVELAND MUNICIPAL COURT
CUYAHOGA COUNTY

**CENTURION CAPITAL CORP**

Plaintiff

vs.

**CHAR S. HELMS**

Defendant

Case No.: 2007 CVF 08162

Date: August 23, 2007

## JUDGMENT ENTRY

This Default Hearing was referred to Magistrate **Leslie Celebreeze**, on _____.

1. ☒ Pursuant to Civil Rule 55, Defendant(s) having failed to appear or answer in this case, Plaintiff' Motion for Default Judgment is granted and judgment is rendered against all named and served Defendants in the amount of **$4,362.85** plus costs and interest from the date of judgment at Statutory rate or from _____ at **8.00%** per annum.

2. ☐ Pursuant to Civil Rule 41, on application of Plaintiff, the Complaint is dismiss **WITH PREJUDICE** at Plaintiff's costs.

3. ☐ Plaintiff having failed to proceed with this action, the Complaint is dismissed for want of prosecution without prejudice at Plaintiff's costs.

4. ☐ On application of Plaintiff, Defendant _____ is dismissed **WITHOUT PREJUDICE** at Plaintiff's costs.

5. ☐ On Court's own motion, Defendant _____ is dismissed **WITH PREJUDICE** at Plaintiff's costs.

**P. P. – DEFAULT HEARING**
*Pursuant to Civil Rule 55, notice of this hearing was sent to Defendant(s).*
Plaintiff in Court ☐ YES ☐ NO
Defendant in Court ☐ YES ☐ NO

6. ☐ Judgment is rendered for Plaintiff(s) against all named and served Defendants in the amount of _____ plus costs and interest from the date of judgment at statutory rate OR from _____ at _____ per annum.

7. ☐ Plaintiff having failed to appear, the Complaint is dismissed for want of prosecution without prejudice at Plaintiff's costs.

8 ☐ OTHER

Judge Lauren C. Moore

PURSUANT TO CIVIL RULE 52 AND LOCAL RULES OF COURT, REQUESTS FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW MUST BE FILED WITHIN SEVEN (7) DAYS OF THE FILING OF THE MAGISTRATE'S DECISION. PURSUANT TO CIVIL RULE 53 AND LOCAL RULES OF COURT, OBJECTIONS TO THE MAGISTRATE'S DECISION MUST BE FILED WITHIN FOURTEEN (14) DAYS OF ITS FILING. UNLESS A PARTY TIMELY AND SPECIFICALLY OBJECTS TO A FINDING OF FACT OR CONCLUSION OF LAW, NO ASSIGNMENT OF ERROR ON APPEAL MAY BE MADE TO THE COURT'S ADOPTION OF THAT FINDING OR CONCLUSION. FOR SPECIFIC DETAILS AND FURTHER INFORMATION CONSULT THE ABOVE-CITED RULES OR SEEK LEGAL COUNSEL.